ALEX OLSON, Respondent, v. NICHOLAS VESSA, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers by July twentieth, pay to respondent's attorney ten dollars, and shall be ready for argument at the opening

of the September term. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.